# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-130-GCM

| | |
|---|---|
| BRIAN ELLSWORTH HADLEY,<br><br>**Plaintiff,**<br><br>v.<br><br>AMERCAREROYAL, LLC,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc. No. 7). Plaintiff has given notice of his dismissal with prejudice, and Defendant consents to this Motion.

Pursuant to Rule 41(a), the Court **ORDERS** that the Unopposed Motion to Dismiss (Doc. No. 7) is **GRANTED**. This case is accordingly **DISMISSED** with prejudice.

The Court further **ORDERS** that Defendant's Motion to Dismiss (Doc. No. 3) and Defendant's Motion to Compel Arbitration (Doc. No. 5) are **DISMISSED** as moot.

**SO ORDERED.**

Signed: April 18, 2018

Graham C. Mullen
United States District Judge